UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                            Case No. 2:15-cr-20800

v.                                      HONORABLE STEPHEN J. MURPHY, III

JOSHUA RAGLAND,

    Defendant.
_____/

## **ORDER GRANTING DEFENDANT'S MOTION TO STAY [76]**

After the Court denied Defendant Joshua Ragland's motion for an injunction, he filed an interlocutory appeal. Now he asks the Court to stay his case until the Sixth Circuit addresses his appeal. The Government failed to respond to his motion.

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Deluca v. Blue Cross Blue Shield of Mich.*, No. 06-12552, 2007 WL 715304, at *1 (E.D. Mich. Mar. 7, 2007) (noting that this "broad discretion and inherent power . . . includes the power to stay a matter . . . pending resolution of independent proceedings which bear upon the case at hand"). To preserve judicial resources and prevent the risk of prejudice, the Court concludes that a stay pending the outcome of Ragland's appeal is warranted.

### **ORDER**

**WHEREFORE**, it is hereby **ORDERED** that Defendant's unopposed motion to stay pending interlocutory appeal [76] is **GRANTED**.

**SO ORDERED**.

                                        s/Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
Dated: July 31, 2017         United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2017, by electronic and/or ordinary mail.

        s/David P. Parker
        Case Manager